IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHAN OUCH,  CASE NO. 2:09-cv-00173
 JUDGE SMITH
    Petitioner,  MAGISTRATE JUDGE KEMP

v.

WARDEN, LONDON CORRECTIONAL
INSTITUTION,

    Respondent.

## OPINION AND ORDER

On April 1, 2009, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

    **IT IS SO ORDERED.**

                              /s/ George C. Smith
                              GEORGE C. SMITH
                              United States District Judge